CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

June 30, 2015

Anthony Wayne Handy
3215 Palo Alto Drive
Dallas, Texas 75241

RE:     Court of Appeals Numbers:   05-15-00662-CV, 05-15-00663-CV
        Trial Court Case Number:      12-611-W-304

Style:  In the Interest of A.H., I.H. and A-C.H., children

Dear Mr. Handy,

       Your attorney has filed a brief in which he states he has determined your appeal is frivolous and without merit. A copy of that brief is enclosed with this letter.

       You have a right, if you so desire, to review the appellate record yourself and file a pro se response. If you desire to review the appellate record and file a pro se response, please write to this Court by **July 10, 2015**, and make such a request. Otherwise, your case will be submitted upon the brief of your attorney.

                    Respectfully,

                    /s/ Lisa Matz, Clerk of the Court